1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 25-CR-00177-WQH |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| ABRAHAM DIAZ-NUNEZ, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for March 4, 2025, be continued to April 14, 2025, at 9:00 a.m. It is further ordered that time be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. §3161(h)(7)(A) and §(h)(1)(G).

Dated: February 26, 2025

_____
Hon. William Q. Hayes
United States District Court